UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

ROGER W. TITUS
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND   20770
301-344-0052

M E M O R A N D U M

TO:		Counsel of Record

FROM:		Judge Roger W. Titus

RE:		*United States of America v. Sophia Jones*
		Criminal No. RWT 12-0640

DATE:		July 24, 2013

\* \* \* \* \* \* \*

Attached to this memorandum are the Scheduling Orders that have been issued in this case prior to the Defendant's initial appearance on July 17, 2013, before Magistrate Judge Jillyn K. Schulze.

All dates in the Scheduling Order of June 12, 2013 (ECF No. 168) should be followed with the exception of Defendants' deadline of July 26, 2013, to file pretrial motions. The deadline for filing pretrial motions, as to this Defendant **only,** is hereby **extended to August 16, 2013**. While there may be some circumstances under which pretrial motions must, of necessity, be fairly limited as to details, the expectation of the Court is that any pertinent details will be included in a reply memorandum. Please remember that it is difficult for the Court to decide motions in a conscientious manner if pertinent facts or authorities are disclosed for the first time during the hearing on the motion.

Not less than fourteen (14) days prior to the date of trial, the parties shall jointly prepare and submit to the court proposed voir dire questions, jury instructions and a verdict form and submit, separately, any voir dire questions, jury instructions or verdict form upon which they are unable to agree. If the parties are in agreement as to any pattern jury instructions included in L. Sand, *et al.*, Modern Federal Jury Instructions: Criminal Pattern Instructions, (Matthew Bender & Co., Inc.), they need only submit a list of the instruction numbers in the order in which they are proposed to be submitted to the jury. If a modified form of a pattern jury instruction is proposed, it should be submitted in red-line format to highlight the changes.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and be docketed accordingly.

_____
Roger W. Titus
United States District Judge

Attachments